MICHAEL K. BRISBIN (SBN 169495)
michael.brisbin@wilsonelser.com
DENNIS J. RHODES (SBN 168417)
dennis.rhodes@wilsonelser.com
**WILSON, ELSER, MOSKOWITZ,
   EDELMAN & DICKER LLP**
525 Market Street, 17th Floor
San Francisco, California 94105
Telephone:    (415) 433-0990
Facsimile:     (415) 434-1370

Attorneys for Plaintiff,
AMERICAN GENERAL LIFE INSURANCE COMPANY

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| AMERICAN GENERAL LIFE INSURANCE COMPANY,<br><br>            Plaintiff,<br><br>     v.<br><br>MARCO ANTONIO VELAZQUEZ, RAMON VELAZQUEZ AND A.V., a minor,<br><br>            Defendants. | Case No.:  2:16-CV-00513-jam-ckd<br><br>**STIPULATION OF THE PARTIES FOR AN ORDER EXTENDING THE TIME TO FILE RESPONSIVE PLEADING AND TO TAKE DEFAULT**<br><br>Hon. John A. Mendez |

The Parties, Plaintiff American General Life Insurance Company ("Plaintiff"), and Defendants Marco Antonio Velazquez, Ramon Velazquez and A.V., a minor ("Defendants"), through their attorneys of record, hereby request that this Court extend the time periods set in this Court's minute order dated August 15, 2016 as follows:

Pursuant to this Court's Minute Order, Defendants are due to file a responsive pleading on or before August 31, 2016.  The Minute Order further requires Plaintiff to take Defendants' defaults by September 15, 2016, if no responsive pleadings have been filed.

At present, the Parties are finalizing the terms of a disclaimer of interest for defendant Ramon Velazquez and the terms of a stipulation for discharge in interpleader and distribution of

1  funds.  Once completed, said documents should eliminate the need for the defendants to file a

2  responsive pleading and allow the parties to resolve the pending issues via stipulation.  However,

3  the parties need additional time to finalize the agreements.

4  Therefore, the Parties respectfully request that this Court extend the deadlines an additional

5  15 days such that Defendants' response would be due on or before September 15, 2016.  The

6  deadline for Plaintiff to take Defendants default would similarly be extended to September 30,

7  2016.

9  Respectfully submitted:

10  SO STIPULATED

13  Dated: August 30, 2016          **WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**

15  By: /s/ *Dennis J. Rhodes*
        MICHAEL K. BRISBIN
        DENNIS J. RHODES
        Attorneys for Plaintiff,
        AMERICAN GENERAL LIFE INSURANCE COMPANY

19  Dated:  August 30, 2016          **LAW OFFICES OF GERARD L. FRIEND**

20  By: */s/ Gerard L. Friend* (as authorized on Aug. 30, 2016)
        GERARD L. FRIEND
        Attorneys for Defendant
        MARCO VELAZQUEZ

23  IT IS SO ORDERED:

25  Dated:  August 30, 2016                    /s/ John A. Mendez
                                                Hon. JOHN A. MENDEZ
                                                United States District Court Judge